UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| HARVEY SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>M/V HORIZON SPIRIT, et al.,<br><br>    Defendants. | Case No. 21-cv-04250-MMC (LB)<br><br>**DISCOVERY ORDER**<br><br>Re: ECF Nos. 37–40 |

The district judge referred the plaintiff's pending motions to compel to the undersigned.[1] The court denies the motions without prejudice and orders the parties to comply with the dispute procedures in the undersigned's standing order (attached). The procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

---

[1] Order of Reference – ECF No. 41. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 21-cv-04250-MMC (LB)

1   The motion for an extension of time for discovery at ECF No. 43 must be raised with the trial
2   judge.

3   **IT IS SO ORDERED.**

4   Dated: November 4, 2022

_____
LAUREL BEELER
United States Magistrate Judge