UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY SMITH, | ) Case No.: 3:21-cv-04250-MMC |
| Plaintiff, | ) |
| v. | ) **VERDICT FORM** |
| SUNSHINE OPERATIONS, LLC, | ) |
| Defendant. | ) |

We, the jury in the above-titled action, find as follows:

**QUESTION 1:**

**Was Defendant Sunrise Operations, LLC negligent?**

    __X__ Yes        ____ No

*If you answered Question 1 "Yes," proceed to Question 2.*

*If you answered Question 1 "No," do **not** answer Question 2 and proceed to Question 3.*

**QUESTION 2:**

**Was Defendant Sunrise Operations, LLC's negligence a cause of Plaintiff Harvey Smith's injury?**

    __X__ Yes        ____ No

*Proceed to Question 3.*

**QUESTION 3:**

**Was the HORIZON SPIRIT unseaworthy?**

_____ Yes    _X_ No

*If you answered Question 3 "Yes," then proceed to Question 4.*

*If you Answer Question 3 "No," and you also answered Questions 1 **or** Question 2 "No," then do **not** answer any more questions, sign and date this Verdict Form, and notify the Court.*

*If you Answer Question 3 "No," but you answered Question 1 **and** Question 2 "Yes," then do **not** answer Question 4 and proceed to Question 5.*

**QUESTION 4:**

**Was the unseaworthiness of the HORIZON SPIRIT a substantial factor in causing Plaintiff Harvey Smith's injury?**

_____ Yes    _____ No

*If you answered Question 4 "Yes," proceed to Question 5.*

*If you answered Question 4 "No," but you answered Question 1 **and** Question 2 "Yes," proceed to Question 5.*

*If you answered Question 4 "No," and you also answered Question 1 **or** Question 2 "No," do **not** answer any more questions, sign and date this Verdict Form, and notify the Court.*

**QUESTION 5:**

**Was Plaintiff Harvey Smith ordered to perform the task that resulted in his injury?**

\_\_\_\_ Yes          ✕ No

*Proceed to Question 6.*

**QUESTION 6:**

**Was Plaintiff Harvey Smith negligent?**

✕ Yes          \_\_\_\_ No

*If you answered Question 6 "Yes," proceed to Question 7.*
*If you answered Question 6 "No," do **not** answer Questions No. 7, 8, or 9 and proceed to Question 10.*

**QUESTION 7:**

**Was Plaintiff Harvey Smith's negligence a cause of his injury?**

✕ Yes          \_\_\_\_ No

*If you answered Question 7 "Yes," proceed to Question 8.*
*If you answered Question 7 "No," do **not** answer Question 8 or Question 9 and proceed to Question 10.*

**QUESTION 8:**

**Was Plaintiff Harvey Smith's negligence a substantial factor in causing his injury?**

    _X_ Yes           ____ No

*If you answered Question 7 or Question 8 "Yes," proceed to Question 9.*

*If you answered Question 8 "No," proceed to Question 10.*

**QUESTION 9:**

**We, the jury in the above-titled action, apportion fault between Plaintiff Harvey Smith and Defendant Sunrise Operations, LLC as follows:**

Plaintiff Harvey Smith        _95_ %

Defendant Sunrise Operations     _5_ %

Total                          100%

*Proceed to Question 10.*

**QUESTION 10:**

**We, the jury in the above-titled action, find that Plaintiff Harvey Smith suffered the following damages as a result of his injury:**

a.  Past Economic Losses          $ 110,000

b.  Future Economic Losses        $ 3,700,000

c.  Past Non-Economic Losses      $ 110,000

d.  Future Non-Economic Losses    $ 3,700,000

    Total                         $ 7,620,000

3-9-2023
DATE

JURY FOREPERSON