IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNRISE OPERATIONS, LLC, et al.,<br><br>    Defendants. | Case No. 21-cv-04250-MMC<br><br>**DIRECTIONS TO CLERK** |

On March 9, 2023, the jury's verdict in the above-titled action was entered, wherein the jury found that defendant Sunrise Operations, LLC was negligent, that defendant's negligence was a cause of plaintiff Harvey Smith's injury, that plaintiff was negligent, that plaintiff's negligence was a cause of his injuries, that plaintiff's negligence was a substantial factor in causing his injury, that plaintiff was 95% at fault in causing his injury, that defendant was 5% at fault in causing plaintiff's injury, and that plaintiff's total damages were $7,620,000.

In light of the jury's verdict, the Court finds plaintiff is entitled to recover from defendant the sum of $381,000, and the Clerk of Court is hereby DIRECTED to enter judgment in favor of plaintiff and against defendant in said amount.

**IT IS SO ORDERED.**

Dated: March 10, 2022

MAXINE M. CHESNEY
United States District Judge